**Motion Dismissed as Moot and Order filed September 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00143-CR
_____

**BABATUNDE  MOSOPE ADENIYI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCR-089609**

---

## ORDER

A supplemental clerk's record filed May 3, 2022, in this appeal reflects Patrick McCann was appointed to represent appellant on May 2, 2022. Subsequently, two extensions of time to file appellant's brief were granted to July 29, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. Appellant's brief was not filed and on August 2, 2022, notice was sent. On August 16, 2022, a third motion for extension of time was filed, requesting sixty more days to file appellant's brief.

The motion states that a request for the reporter's record has now been made and the trial court directed the court reporter to prepare the record. Appellant's motion to extend time to file appellant's brief is therefore moot and the motion is dismissed.

As of this date, the court has not received a request to extend time for filing the record from the court reporter. Accordingly, we order Marisol Ramos, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.